## Stoughton *v.* Vogt, Appellant.    No. 2.

Argued April 20, 1926. Appeal No. 84, April T., 1926, by defendant, from judgment of C. P. Butler County, December T., 1925, No. 17, in the case of Lu-

cinda Stoughton v. C. J. V,ogt.  Before PORTER, P. J.,
HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and
CUNNINGHAM, JJ.  Affirmed.

OPINION BY HENDERSON, J., July 8, 1926:

This case was tried with the case of A. L. Stoughton
v. C. J. Vogt, No. 83, April Term, 1926, and was argued
with that case on the hearing of the appeals.  All the
questions involved were presented and considered in
the case above referred to in an opinion this day
handed down.  For the reasons there stated the as-
signments in this appeal are overruled and the judg-
ment affirmed.